An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LADONTAY R. DAVIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62217

**FILED**

JUN 13 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

In his motion filed on October 11, 2012, appellant claimed that his sentence for kidnapping should run concurrently with the other counts because the district court did not state whether the sentence was concurrent or consecutive to the other counts in the amended judgment of conviction. Appellant further claimed that the district court improperly amended the judgment of conviction without appellant or his counsel being present. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). We therefore

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17394

conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Kathleen E. Delaney, District Judge
     Ladontay R. Davis
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk